IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. 07-53886 |
| | ) | JUDGE SHEA-STONUM |
| MURIEL FAITH TILLMAN | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| DEBTOR | ) | |

TRANSMITTAL OF UNCLAIMED FUNDS

KATHRYN A. BELFANCE, Trustee of this estate, reports the following:

1. Sixty days have passed since the initial distribution in this case. The following checks have been returned undeliverable and/or stop payments have been issued on all outstanding checks. The names of the persons to whom such un-negotiated checks were issued, the amount of such checks and their last known addresses are:

MURIEL FAITH TILLMAN                           $24.64
C/O LYDIA EVELYN SPRAGIN, ESQ.
628 PAYNE AVENUE
AKRON, OH 44302

2. Trustee's check for $24.64, payable to the Clerk of the United States Bankruptcy Court, is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: November 17, 2009          /s/ KATHRYN A. BELFANCE
                                 KATHRYN A. BELFANCE
                                 TRUSTEE

Check # 109
Receipt # 81074